**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 7** |
| | § | |
| **Anchor Drilling Fluids USA, LLC.** | § | **Case No. 20-60031** |
| | § | |
| **Debtors.** | § | |
| | § | |
| | § | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

To The Honorable Christopher M. Lopez, Chief United States Bankruptcy Judge:

Michael A. Josephson gives notice to the Court and all parties that he is entering his appearance

in this matter as counsel for Creditor's listed in Exhibit A. Michael A. Josephson requests that all

notices and instruments filed in this case be served upon the undersigned at the following address:

Michael A. Josephson
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
713-352-1100 (Telephone)
713-352-3300 (Facsimile)
mjosephson@mybackwages.com

Respectfully submitted,

By: /s/ *Michael A. Josephson*
    Michael A. Josephson
    Fed. Id. 27157
    State Bar No. 24014780
    Andrew Dunlap
    Fed Id. 1093163
    State Bar No. 24078444
    **JOSEPHSON DUNLAP LAW FIRM**
    11 Greenway Plaza, Ste. 3050
    Houston, Texas 77046
    Tel: (713) 352 - 1100
    Fax: (713) 352 - 3300
    mjosephson@mybackwages.com
    adunlap@ mybackwages.com

    **AND**

    Richard J. (Rex) Burch
    State Bar No. 24001807
    Fed. Id. 21615
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **ATTORNEYS IN CHARGE FOR CREDITOR CHAD KAPOLKA AND BRETT TURRENTINE**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served by ECF electronic filing on all known parties on June 2, 2020.

    /s/ *Michael A. Josephson*
    Michael A. Josephson

**2**

**EXHIBIT "A"**

1.  Zach Adams
2.  Wayne Anthony
3.  Chad Auman
4.  Bryan Bachtel
5.  Donald Balli
6.  Jason Bamburg
7.  Eric Benoit
8.  Randy Benzon
9.  Troy Bernard
10. Michael Blackwood
11. Brody Bleviins
12. Chris Bourque
13. Charles Brady
14. Jesse Brown
15. Willie Burnett
16. Juan Camacho
17. Macario Carrasco-Saldana
18. Tony Christie
19. Donald Cogburn
20. Alexander Curtis
21. Melissa Daley
22. William Daley III
23. Brendon Davis
24. Greg Drake
25. Patrick Duddy
26. Robert Duffy
27. Donald Duty
28. Neal Stocker
29. Donald Dyson
30. Nate Eck
31. Jeremy Ellington
32. David Elliot
33. Nathan Enos
34. Samuel Enriquez
35. Zachery Evans
36. Matt Fandozzi
37. Farid Windley
38. Brandon Farnsworth
39. Carol Fontenot
40. Dillynn Ford
41. Lee Ford

42.     Roy Garner
43.     Steven George
44.     Ray Gibson
45.     Tyson Gibson
46.     Travis Goodie
47.     Brian Goolsby
48.     Jared Hall
49.     Joshua Hallmark
50.     Steven Halstead
51.     Trevor Halter
52.     William Hamilton
53.     Michael Hammers
54.     Garrett Harding
55.     Josh Harned
56.     Mark Harned
57.     Matthew Harrison
58.     Cody Heffner
59.     Chad Hicks
60.     Kris Hicks
61.     Michael Horne
62.     Brian Huston
63.     Frank Insinga III
64.     Dan Johnson
65.     Jeffery Johnson
66.     Chad Kapolka
67.     Tim Kirkland
68.     Corey Klumpp
69.     Carl Laidlaw
70.     Gary Lee Bales Jr
71.     Cody Licon
72.     Cory Lindsey
73.     David Longoria
74.     Andy Looney
75.     Kyle Lynn
76.     Greg Marion
77.     Nicholas Mathews
78.     Kevin Max
79.     David McClelland Jr
80.     Chris Mccollum
81.     Ralph Mccormick
82.     Grady Mccullar
83.     Bryan Metzler
84.     Anthony Miller
85.     Robert Miller

**4**

86. Benjamin Miner
87. Brock Mosley
88. Matt Mosley
89. Randy Myers
90. Larry Newberry
91. John O'masta
92. Nickolas Openbrier
93. Daniel Owens
94. Jefferey Pebley
95. Chance Perkins
96. Tyson Poulton
97. Travis Powell
98. Daniel Quarles
99. Casey Ratalczak
100. Cody Record
101. Thomas Richard
102. Porfirio Rios
103. William Roberts
104. Josh Rodkey
105. James Rowe
106. David Ruberto
107. Tim Sanatore
108. Todd Sattler
109. Joseph Schwab
110. Brandon Sheeley
111. Thomas Shelley
112. Terry Sinegal
113. Mark Slocum
114. Brandon Smith
115. Donald Snay
116. Kendrick Soloman
117. Chris Springer
118. Justin Staley
119. Robert Stephen
120. Caleb Stevens
121. Colt Stinger
122. Daniel Stinson
123. Ryan Stroder
124. Stanley Stroman
125. Tim Sutton
126. Calvin Sweet
127. Bryan Tidwell
128. Jeremy Tipton
129. Adam Trahan

130.    Jonathan Tucker
131.    John Turner
132.    Brett Turrentine
133.    Steven Wagner
134.    Travis Walton
135.    Sean Warfield
136.    Alijah Warner
137.    Christopher Warren
138.    Mark Watson
139.    Ben Welch
140.    Benny Wharton
141.    Jonathan Williams
142.    Richard Williams
143.    Jason Willoughby
144.    Jeff Woodworth
145.    Rickey Yates